NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALVIN FEW, DOC #355569,                        )
                                               )
        Appellant,                )
                                               )
v.                                             )
                                               )    Case No. 2D17-3457
STATE OF FLORIDA,                              )
                                               )
        Appellee.                 )
_____  )


Opinion filed March 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County, William D. Sites, Judge.

Alvin Few, pro se.


PER CURIAM.


        Affirmed.


CASANUEVA, MORRIS, and SLEET, JJ., Concur.